# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**CHRISTY LYNN WATFORD,**

    Plaintiff,

v.

**DALE B. COWART**,

    Defendant.

Civil Action No. 7:12-CV-148 (HL)

## ORDER

The Court has been advised by counsel for the parties that the above action has been settled.

**IT IS THEREFORE ORDERED** that the action be dismissed without costs other than those due this Court and without prejudice to the right, upon good cause shown within 90 days, to re-open the action if settlement is not consummated. If the action is not re-opened, it shall stand dismissed, with prejudice.

**SO ORDERED**, this the 6th day of December, 2013.

                              */s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh